PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Caroline Gomez**                                     Docket No. **07-00598**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Dwyer** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Caroline Gomez**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler** sitting in the Court at Newark, NJ, on 07/19/2007, under the following conditions:

1. Pretrial Services Supervision.
2. Travel restricted to New Jersey and Florida.
3. Surrender and/or do not apply for travel documents.

Respectfully presenting petition for action of Court and for cause as follows:
**See Addendum**

PRAYING THAT THE COURT WILL ORDER **that the defendant undergo drug testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___6___ day
of _____ 20___ and ordered filed
and made a part of the records in the above
case.

_____
Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on _____9|6|07_____

_____
Michele Dwyer
U.S. Pretrial Services Officer