UNITED STATES DISTRICT COURT
for the
District of New Jersey

U.S.A. vs. **Caroline Gomez**                                                      Docket No. **07-598**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Caroline Gomez**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler** sitting in the Court at Newark, NJ, on July 19, 2007, under the following conditions:

1. Pretrial Services Supervision.
2. Travel Restricted to New Jersey and Florida
3. Surrender passport and do not apply for additional travel documents.

Bail Modified was on September 6, 2007 ordering that the defendant undergo drug testing and treatment as deemed appropriate by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER the defendant's violation of bail conditions be addressed at sentencing.

ORDER OF COURT

Considered and ordered this 4th day of December, 2007 and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Stephanie Ferruggia
U.S. Pretrial Services Officer